UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:12-cv-00844-TWP-DKL |
| JOHN DOES 1-13, | ) |
| IP 98.223.60.235 Doe #8, | ) |
| Defendants. | ) |

## ORDER STRIKING FILING

On August 30, 2012, Defendant John Doe #8, by counsel, electronically filed a Notice of Appearance (dkt. 8), Motion to Appear Pro Hac Vice (dkt. 9), and Motion to Quash (dkt. 10). These documents contain numerous filing errors. All three documents do not contain the case number in the proper format. All documents appear to be scanned including the proposed orders. Pursuant to Local Rule 5-1(d), a proposed order must always be converted to PDF directly from the word processing application with which it was created. Document 8 does not contain a certificate of service, nor is it signed with an s/ signature. Document 10 is not signed by the filing attorney in accordance with Local Rule 5-7 which states that all electronically filed documents must be signed by the filing attorney. Document 9 is not signed at all.

As a result, the filings at Docket Nos. 8, 9 and 10 are hereby STRICKEN. Counsel for Defendant is given seven days from the date of this order to re-file the documents.

Counsel is reminded to abide by the Local Rules for the Southern District of Indiana and the Administrative Policies and Procedures Manual for electronic filing. Any questions regarding electronic filing may be directed to the Courtroom Deputy Clerk.

Date: 09/11/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark Simpson Davis
MARK DAVIS LAW FIRM
mdavis@davislaw.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
paul@nicoletti-associates.com