IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICK COLLINS INC. | |
| v. | No. 1:12-cv-00844-TWP-DKL |
| DOES 1-13 | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for John Doe #8.

Respectfully submitted,

/s/_____
Mark Simpson Davis (Bar No. 4672-79)
Mark Davis Law Firm
133 N 4th Street, Suite 404
Lafayette, IN 47901
mdavis@davislaw.com
Phone: 765-742-7325
Fax: 413-618-4039

1

## **CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing has been filed with the Clerk of Court via ECF and was subsequently served upon the following counsel of record and/or *pro se* parties:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
36880 Woodward Ave. Suite 100
Bloomfield Hills, MI 48304
248-203-7800
Fax: 248-203-7801
paul@nicoletti-associates.com


Respectfully submitted,

/s/_____
Mark Simpson Davis (Bar No. 4672-79)
Mark Davis Law Firm
133 N 4th Street, Suite 404
Lafayette, IN 47901
mdavis@davislaw.com
Phone: 765-742-7325
Fax: 413-618-4039

2