## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-00844-TWP-MJD |
| | : | |
| JOHN DOES 1-13, | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 3 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 3 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 3 was assigned the IP Address 24.13.158.119. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 3 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: September ____, 2012

                                                        Respectfully submitted,

                                                        By:  /s/ *Paul J. Nicoletti*
                                                        Paul J. Nicoletti
                                                        paul@nicoletti-associates.com
                                                        Law Office of Nicoletti & Associates, PLLC
                                                        36880 Woodward Avenue, Suite 100
                                                        Bloomfield Hills, MI 48304
                                                        Phone:  248-203-7800
                                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                    By:  /s/ *Paul J. Nicoletti*
                    Paul J. Nicoletti