**SHA-1 Hash:** FB9554382F176C383BD70156FDC35D99EA14ADE1  **Title**  Busty Construction Girls
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 50.90.105.18 | 5/5/2012 21:44 | Avon | IN | Bright House Networks | BitTorrent |
| 2 | 50.90.32.248 | 5/4/2012 11:08 | Carmel | IN | Bright House Networks | BitTorrent |
| 3 | 24.13.158.119 | 5/15/2012 9:54 | West Lafayette | IN | Comcast Cable | BitTorrent |
| 4 | 24.13.31.48 | 5/7/2012 1:14 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 5 | 67.177.189.196 | 5/4/2012 9:15 | Brownsburg | IN | Comcast Cable | BitTorrent |
| 6 | 98.222.216.133 | 5/4/2012 17:36 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 7 | 98.223.48.23 | 5/8/2012 19:53 | Lafayette | IN | Comcast Cable | BitTorrent |
| 8 | 98.223.60.235 | 5/6/2012 22:37 | Lafayette | IN | Comcast Cable | BitTorrent |
| 9 | 98.226.150.53 | 5/8/2012 12:51 | Lafayette | IN | Comcast Cable | BitTorrent |
| 10 | 98.227.1.241 | 5/3/2012 19:53 | Muncie | IN | Comcast Cable | BitTorrent |
| 11 | 98.228.21.67 | 5/19/2012 2:12 | Anderson | IN | Comcast Cable | BitTorrent |
| 12 | 98.253.198.69 | 5/11/2012 16:42 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 13 | 107.10.253.56 | 5/7/2012 0:06 | Indianapolis | IN | Road Runner | BitTorrent |

EXHIBIT A

SIN3