IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | ) | CIVIL ACTION NO. |
| | ) | 1:12-cv-00844-TWP-DKL |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | MOTION TO QUASH OR |
| | ) | MODIFY SUBPOENA |
| JOHN DOES 1-13, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**THIS MATTER** comes before the Court on the Defendant's Motion to Quash relating to the above-captioned case. The defendant states that such actions violate right to privacy and the disclosure of such matters may result in wrongful or unjust incrimination.

The attached study was prepared by the Computer Science Department at the University of Washington. I respectfully feel the Courts should be aware of this study and it should be included in my argument to Quash or Modify. The Court should require the Plaintiff to identify each individual Doe using identification which can be proved reliable in the Court. Furthermore the Court should require the Plaintiff to identify the methods used to track down the thousands of IP addresses and these methods should include the source code used in any computer program, the program *itself*, the origin of the program and the error rate of IP addresses obtained in using this methodology.

Additionally the Courts should require the Plaintiff to divulge the shake down methods used in this case for collections and the collection amounts received. In the interest of transparency the Plaintiff should divulge the percentage of cases he can settle without trial, the amounts of these settlements and the total costs involved to the Plaintiff. It is without question unfair for a Lawyer to use these methods that cost little and end up costing thousands of dollars to innocents all over the United States.

Hardly a day goes by that the news does not contain a story where a computer system containing highly confidential data has been hacked, spoofed and infected by malware. Until the

system can overcome all these issues these so-called IP Doe cases should be dismissed until the burden of Proof is on the Plaintiff and not the defendant. The defendants in many of these cases are underage, elderly, businesses, educational and governmental institutions. In one of these cases the defendant was the computer repairman for the Plaintiff's attorney.

Respectfully submitted,

John Doe 7

s/ John Does 1-13
John Doe
*Pro se*

Attachment includes

The University of Washington paper titled "Challenges and Directions for Monitoring P2P File Sharing Networks -or- Why my Printer Received a DMCA Takedown Notice"

## CERTIFICATE OF SERVICE

I hereby certify that on 08/25/2012, I served a copy of the foregoing document via US Mail to:

Law Offices of Nicoletti & Associates, LLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304

8/25/12.