### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-00844-TWP-MJD |
| | : | |
| JOHN DOES 1, 2, 4-13, | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE 4 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 4 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 4 was assigned the IP Address 24.13.31.48. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 4 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: October____, 2012

                                                      Respectfully submitted,

                                                      By: ___/s/ *Paul J. Nicoletti*_____
                                                      Paul J. Nicoletti
                                                      paul@nicoletti-associates.com
                                                      Law Office of Nicoletti & Associates, PLLC
                                                      36880 Woodward Avenue, Suite 100
                                                      Bloomfield Hills, MI 48304
                                                      Phone:  248-203-7800
                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:  /s/ *Paul J. Nicoletti*
                                              Paul J. Nicoletti