Acknowledged
TWP
November 14, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-00844-TWP-MJD |
| | : | |
| JOHN DOES 1, 2, 4-13, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 4 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 4 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 4 was assigned the IP Address 24.13.31.48. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 4 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: October____, 2012

Respectfully submitted,

By: ___/s/ *Paul J. Nicoletti*_____
Paul J. Nicoletti
paul@nicoletti-associates.com
Law Office of Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Phone: 248-203-7800
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By: /s/ *Paul J. Nicoletti*
                                            Paul J. Nicoletti