UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN DOE #3, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, JOHN DOE #8 IP 98.223.60.235, JOHN DOE #9, JOHN DOE #10, JOHN DOE #11, JOHN DOE #12, MATTHEW OLDLAND, DERRICK LUND, RADLEY HADDAD, | ) No. 1:12-cv-00844-TWP-MJD |
| Defendants. | ) |

SCHEDULING ORDER

The Court, *sua sponte*, amends paragraphs 2 and 3 of its September 19, 2012 Scheduling Order as follows: Once the Complaint in this matter has been amended to name a putative Defendant, counsel for Plaintiff may thereafter communicate with such named Defendant(s), or such named Defendant(s)' counsel if they are represented, for any purpose related to the litigation and or resolution of this matter and is thereafter relieved of the obligation in paragraph 3 of the Court's September 19, 2012 Scheduling Order to file with the Court copies of any such correspondence with such named Defendant(s).

Dated: 11/28/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

JOHN DOE #7
D. Hillman
2099 Malibu Drive
West Lafayette, IN 47906

Eric James Menhart
LEXERO LAW FRIM
eric.menhart@lexero.com

Mark Simpson Davis
MARK DAVIS LAW FIRM
mdavis@davislaw.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
paul@nicoletti-associates.com