# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Indiana

Case Number: 1:12-CV-00844-TWP-MJD

Plaintiff:
**Patrick Collins, Inc.**

vs.

Defendant:
**Matthew Oldland**

Received by EXPRESS PROCESS SERVICE, INC. on the 2nd day of November, 2012 at 7:52 am to be served on **Derrick Lund, 356 Boylston Street, Suite 5308, Carmel, IN 46032.**

I, Bill Rorie, being duly sworn, depose and say that on the **8th day of November, 2012 at 8:10 pm, I:**

**Individually Served** the within named person with a true copy of the **Summons and Complaint, Exhibits A, B, C** at the aforementioned address.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Cauc, Height: 6', Weight: 190, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 9th day of November, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NANCY BOTBYL
Marion County
My Commission Expires
July 18, 2017

_____
Bill Rorie
Process Server

EXPRESS PROCESS SERVICE, INC.
8250 East Washington St
Indianapolis, IN 46219-6816
(317) 890-1055

Our Job Serial Number: CRT-2012005956
Ref: Patrick Collins v. Derrick Lund

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b