IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

PATRICK COLLINS, INC.,

    Plaintiff,

v.                                    Civil Action No. 1:12-cv-00844-TWP-MJD

MATTHEW OLDLAND, DERRICK LUND,
RADLEY HADDAD and JOHN DOES 3, 4,
5, 6, 7, 8, 9, 10, 11 and 12,

    Defendants.
_____/

**ENTRY OF DEFAULT**

It appearing that the Complaint was filed in this case on June 18, 2012; that the Amended Complaint was filed on September 27, 2012; that the Second Amended Complaint was filed on November 12, 2012; that the summons and Amended Complaint were duly served upon Defendant, Derrick Lund on November 8, 2012, and no answer or other pleadings have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant, as provided in Rule 55(a), Federal Rules of Civil procedure.

03/12/2013

Distribution:                                Laura A. Briggs, Clerk

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.        BY: _____
paul@nicoletti-associates.com                    Deputy Clerk, U. S. District Court

Derrick Lund
356 Boylston Street
Suite 5308
Carmel, IN 46032

1