# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT INDIANA

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:12-cv-00844-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW OLDLAND, DERRICK LUND, | ) | |
| RADLEY HADDAD, DEREK LOWERY | ) | |
| and JOHN DOES 5, 6, 7, 9, 10, 11, and 12. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE THAT DEFENDANT'S MOTION FOR ATTORNEY FEES IS MOOT

If, in fact, Defendant Derrick Lund's Motion for Attorney Fees [Dkt. 87] has been rendered moot by the Court's Order on Plaintiff's Motion to Withdraw Voluntary Dismissal With Prejudice [Dkt. 91], then Defendant Derrick Lund shall file a motion to withdraw his Motion for Attorney Fees by no later than June 21, 2013.  In the event Defendant Derrick Lund fails to move to withdraw Dkt. No. 87 by June 21, 2013, then Plaintiff's response to Defendant Derrick Lund's Motion for Attorney Fees [Dkt. 87] shall be filed on or before July 1, 2013.
Dated:  June 14, 2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

ly submitted,

TI & ASSOCIATES, PLLC

By:      /s/ Paul J. Nicoletti
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:      /s/ Paul J. Nicoletti

1