UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DEREK LOWERY, MATTHEW OLDLAND, )<br>DERRICK LUND, )<br>RADLEY HADDAD, )<br>)<br>Defendants. )<br>) | No. 1:12-cv-00844-TWP-MJD |

ORDER TO SHOW CAUSE

Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. . . ." Fed. R. Civ. P. 4(m). Defendant Matthew Oldland was named in an amended complaint filed September 26, 2012. [Dkt. 27.] Defendant Radley Haddad was named in an amended complaint filed November 12, 2012. [Dkt. 46.] Plaintiff obtained two enlargements of time to effectuate service in this matter, the last of which expired on April 21, 2013. [Dkts. 36, 67.]

The Docket in this matter does not reflect service having been effected upon Defendants Oldland or Haddad. The time period for service under Rule 4(m), plus any enlargements granted by the Court, long ago expired. Accordingly, Plaintiff is ordered, within fourteen days of the date of this entry, to show cause why Plaintiff's claims against

Defendant Matthew Oldland and Defendant Radley Haddad should not be dismissed, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: 09/10/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Eric James Menhart
LEXERO LAW FRIM
eric.menhart@lexero.com

Mark Simpson Davis
MARK DAVIS LAW FIRM
mdavis@davislaw.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

John Michael Bradshaw
OVERHAUSER LAW OFFICES, LLC
jbradshaw@overhauser.com