## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT INDIANA

PATRICK COLLINS, INC.,

     Plaintiff,

v.

MATTHEW OLDLAND, DERRICK LUND,
RADLEY HADDAD, DEREK LOWERY
and JOHN DOES 5, 6, 7, 9, 10, 11, and 12.

     Defendants.

Civil Case No. 1:12-cv-00844-TWP-MJD

## NOTICE REGARDING CASE MANAGEMENT PLAN

PLEASE TAKE NOTICE, Plaintiff timely submitted a proposed case management plan to Defendant, however, Defendant does not agree there is a pending case and as such, will not consent to the parties submitting a proposed case management plan

Dated:  October 22, 2013

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:    /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   <u>/s/ *Paul J. Nicoletti*            </u>