UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| PATRICK COLLINS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:12-cv-00844-TWP-MJD |
| ) | |
| v. ) | |
| ) | |
| MATTHEW OLDLAND, DERRICK LUND, ) | |
| RADLEY HADDAD, DEREK LOWERY ) | |
| and JOHN DOES 5, 6, 7, 9, 10, 11, and 12. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE RENEWED OPPOSITION TO DEFENDANT DERRICK LUND'S MOTION FOR ATTORNEY FEES**

**THIS CAUSE** having come before the Court upon Plaintiff's Motion to File Renewed Opposition to Defendant Derrick Lund's Motion for Attorney Fees (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have until November 14, 2013 to file its response to Defendant's Motion for Attorney's Fees.

DONE AND ORDERED this ___ day of _____, 2013.

By _____
**UNITED STATES DISTRICT JUDGE**